UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| IN RE SALESFORCE CUSTOMERS SECURITY INCIDENTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 25-cv-07232-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION HEARING AND OTHER MATTERS** |

Following the initial case management conference held on October 14, 2026, the Court ORDERS as follows:

**A. Case Deadlines Through Class Certification**

| | |
|---|---|
| Class Certification Motion and Related Expert Reports: | September 10, 2027 |
| Opposition to Class Certification and Related Expert Reports: | November 16, 2027 |
| Class Certification Motion Reply and Expert Rebuttal Reports: | January 10, 2028 |
| Class Certification *Daubert* Motions: | February 7, 2028 |
| Class Certification *Daubert* Oppositions: | February 21, 2028 |
| Class Certification *Daubert* Replies: | February 28, 2028 |
| Class Certification Hearing: | April 6, 2028 at 10 am |

Each side may file one *Daubert* motion, not to exceed 25 pages, that addresses all expert testimony the party seeks to exclude. The opposition is similarly limited to 25 pages, with replies limited to 15 pages.

The Court will hold a further case management conference on December 9, 2026 at 2:00 p.m. via Zoom video. An *updated* joint case management conference statement that only discusses new information is due one week in advance. The statement shall not exceed 10 pages, excluding

signature blocks, and should address how class certification expert depositions will be handled.

**B. Protective Order Dispute**

The Court adopts Defendants' proposal.

**C. Electronic Discovery Order Dispute**

**1. Preservation**

The Court adopts Defendants' proposal. But during the meet and confer process, Defendants may need to provide more information about certain custodians. Ultimately it is Defendants' obligation to preserve all potentially relevant information.

**2. Search Methodology and Technology-Assisted or AI-Assisted Review**

The Court adopts Defendants' proposal; however, upon request, the producing party shall identified whether it used TAR or AI-assisted review. Further, during the meet and confer process about a production, more granular information may need to be provided to understand whether the search and production is sufficient. Defendants have agreed not to categorically exclude validation.

**3. Email Threading**

The Court adopts Defendants' proposal.

**4. Rule 502(d) Stipulation**

The Court adopts the parties' stipulation.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
United States District Judge